Exhibit 1

**Registration Number**
**VA 2-502-572**
**Effective Date of Registration:**
May 17, 2026
**Registration Decision Date:**
May 19, 2026

## Copyright Registration for a Group of Two-Dimensional Artwork

Registration issued pursuant to 37 C.F.R. § 202.4(l)

**For 2D Artwork Published:** April 05, 2026 to April 10, 2026

### Title

**Title of Group:** Gourmet Fast Food Impressionist Art Collection, Vol.6
**Number of 2D Artworks in Group:** 20

- **2D Artwork Title:** Gooey Pepperoni Pizza Slice
  **Published:** April 2026
- **2D Artwork Title:** Square Pizza with Black Olives
  **Published:** April 2026
- **2D Artwork Title:** Three Premium Raw Beef Slices
  **Published:** April 2026
- **2D Artwork Title:** Roasted Chicken Wings on Board
  **Published:** April 2026
- **2D Artwork Title:** Grilled Sausages with Rosemary
  **Published:** April 2026
- **2D Artwork Title:** Roasted Whole Chicken with Vegetables
  **Published:** April 2026
- **2D Artwork Title:** Grilled Hot Dog with Salsa and Mustard
  **Published:** April 2026
- **2D Artwork Title:** Crispy Chicken Nuggets with Section
  **Published:** April 2026
- **2D Artwork Title:** Three Crispy Fried Shrimps
  **Published:** April 2026
- **2D Artwork Title:** Takoyaki Balls with Cartoon Cat
  **Published:** April 2026

- **2D Artwork Title:** Stacked Brioche Buns with Cream
  **Published:** April 2026
- **2D Artwork Title:** Sourdough Bread Loaf on Board
  **Published:** April 2026
- **2D Artwork Title:** Sliced Raisin Bread with Sugar
  **Published:** April 2026
- **2D Artwork Title:** Toasted Bread with Orange Jam
  **Published:** April 2026
- **2D Artwork Title:** Matcha Croissant with Green Fillings
  **Published:** April 2026
- **2D Artwork Title:** Rose Petal Cream Cupcake
  **Published:** April 2026
- **2D Artwork Title:** Cocoa Powder Tiramisu Cupcake
  **Published:** April 2026
- **2D Artwork Title:** Juicy Grilled Steaks with Herbs
  **Published:** April 2026
- **2D Artwork Title:** Layered Pastry with Whipped Cream
  **Published:** April 2026
- **2D Artwork Title:** Sub Sandwich with Lettuce and Meat
  **Published:** April 2026

## Completion/Publication

**Year of Completion:** 2026
**Earliest Publication Date in Group:** April 05, 2026
**Latest Publication Date in Group:** April 10, 2026
**Nation of First Publication:** United States

## Author

- **Author:** LULU TO PRO LLC
  **Author Created:** Two-Dimensional Artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** LULU TO PRO LLC
4909 Chapmans Lane, Chaparral, NM, 88004, United States

## Rights and Permissions

**Organization Name:** LULU TO PRO LLC
Jack
**Email:** lulutopro@outlook.com
**Address:** 4909 Chapmans Lane
Chaparral, MN 88004 United States

## Certification

**Name:** Henry Yim
**Date:** May 17, 2026

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: A group of two-dimensional artwork may be registered in Class VA under 202.4(i) if the following requirements have been met: (1) Each work must be a two-dimensional artwork, (2) the group may include up to 20 works, (3) all the works must be published within the same calendar year, and the application must identify the earliest and most recent publication date, (4) a title must be provided for each work and for the group as a whole, (5) all the works must be created by the same author and the group may not include works created by more than one author, (6) the author must be named as the copyright claimant for each work, and (7) the authorship claimed in each work must be limited to "two-dimensional artwork."









































**Registration Number**
**VAu 1-585-078**
**Effective Date of Registration:**
April 27, 2026
**Registration Decision Date:**
April 28, 2026

## Copyright Registration for a Group of Unpublished Works

Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** LuLu Golden Shrimp Wrap and 9 Other Unpublished Works

**Content Title:** LuLu Golden Shrimp Wrap
LuLu Beef Taco
LuLu Ham and Cheese Sandwich
LuLu Vegetable Quesadilla
LuLu Pepperoni Pizza Slice
LuLu Glazed Donuts
LuLu Strawberry Milkshake
LuLu Meatball Sub
LuLu Classic Cheeseburger
LuLu French Fries

### Completion/Publication

**Year of Completion:** 2026

### Author

- **Author:** LULU TO PRO LLC
  **Author Created:** 2 Dimensional Artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** LULU TO PRO LLC
4909 Chapmans Lane, Chaparral, NM, 88004, United States

## Rights and Permissions

**Organization Name:** LULU TO PRO LLC
**Email:** lulutopro@outlook.com
**Address:** 4909 Chapmans Lane
Chaparral, NM 88004 United States

## Certification

**Name:** Guanghua Chen
**Date:** April 25, 2026

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.



















